Willie WILSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102054

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: June 9, 2015

Gwenda R. Robinson, Missouri Public Defender, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for appellant.

Karen L. Kramer, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

Willie Wilson (Movant) appeals the denial of his Rule 24.035 post-conviction motion without an evidentiary hearing following his convictions for two counts of domestic assault. Movant claims the motion court clearly erred in denying his post-conviction motion because the trial court improperly subjected him to double jeopardy by amending his sentence and violated his due process rights by increasing his sentence.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would serve no precedential

value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).